# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-14-00402-CR

**Rex Allen Nisbett, Appellant**

**v.**

**The State of Texas, Appellee**

**FROM THE DISTRICT COURT OF WILLIAMSON COUNTY, 26TH JUDICIAL DISTRICT
NO. 13-0481-K26, HONORABLE BILLY RAY STUBBLEFIELD, JUDGE PRESIDING**

## O R D E R

**PER CURIAM**

The State's brief was originally due on June 8, 2015. On counsel's motion, the deadline for filing was extended to August 7, 2015. State's counsel has now filed second and third motions requesting that the Court extend the time for filing the State's brief. The third motion requests that the time for filing the State's brief be extended until December 8, 2015. We dismiss the second motion for extension as moot, grant the third motion for extension in part, and order State's counsel to file a brief no later than November 10, 2015. No further extension of time will be granted, and failure to comply with this order will result in the case being submitted to this Court on the appellant's brief alone.

It is ordered on October 12, 2015.

Before Justices Puryear, Goodwin, and Bourland

Do Not Publish